

# COURT OF APPEALS

| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

October 11, 2013

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205

Michael Stephen Raign
Attorney At Law
115 E. Travis, Suite 333
San Antonio, TX 78205

RE:    Court of Appeals Number:    04-13-00454-CV and 04-13-00455-CV
           Trial Court Case Number:    2013MH1871 and 2013MH1959
           Style:  The State of Texas for the Best Interest and Protection of S.S.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Gerard Rickhoff
Maria E. Fattahi
Laura E. Durbin